McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MAG. NO. 07-185 KJM |
| v. | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| ASIF KHAN and SABREENA KHAN, | |
| Defendants. | |

On June 7, 2007, the complaint was filed in the above-referenced case. Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: June 12, 2007                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By:/s/ ROBIN R. TAYLOR
                                           ROBIN R. TAYLOR
                                           Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: June 12, 2007

                                        HON. DALE A. DROZD
                                        U.S. Magistrate Judge

1