```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ASIF KAHN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. 2:07-cr-00278-MCE
                                 )
12             Plaintiff,        )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  ASIF KAHN,                   )  Date:  August 23, 2007
                                 )  Time:  9:00 a.m.
15             Defendant.        )  Judge: Morrison C. England
                                 )
16  _____)
```

17       ASIF KAHN, by and through his counsel, Caro Marks, Assistant

18  Federal Defender, and the United States Government, by and through its

19  counsel, Robin Taylor, Assistant United States Attorney, hereby

20  stipulate and agree to vacate the previously scheduled Status

21  Conference Date of July 19, 2007 and set a new Status Conference date

22  of August 23, 2007 at 9:00 a.m.

23       This continuance is necessary to allow the defense additional time

24  to (1) review the discovery with the defendant and interpreter; (2)

25  investigate the case, including location of witnesses and possible

26  defenses; (3) evaluate the need for expert witnesses at trial, as this

27  case concerns Internet fraud and might require special expertise in the

28  area of computers or Internet commerce.

IT IS STIPULATED that the period from the signing of this Order up to and including August 23, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
ASIF KAHN

Dated: July 13, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Robin Taylor
_____
ROBIN TAYLOR
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: July 13, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2