1  DANIEL BRODERICK Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ASIF KAHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-00278-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| ASIF KAHN, | ) Date: November 8, 2007 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England |

ASIF KAHN, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Robin Taylor, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of October 11, 2007 and set a new Status Conference date of November 8, 2007 at 9:00 a.m..

This continuance is necessary to allow the defense additional time to review the discovery with the defendant and interpreter; and to continue to assess the evaluate the need for expert witnesses at trial, as this case concerns Internet fraud and might require special expertise in the area of computers or Internet commerce.

1   IT IS STIPULATED that the period from the signing of this Order up
2 to and including November 8, 2007 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
5 counsel.

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ASIF KAHN

Dated: October 17, 2007

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Robin Taylor
                                        _____
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney

                        **ORDER**

**IT IS SO ORDERED.**

 Dated: October 17, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2