```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ASIF KAHN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-00278-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| ASIF KAHN, | Date: February 28, 2008 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England |

ASIF KAHN, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Robin Taylor, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of January 21, 2008 and set a new Status Conference date of February 28, 2008 at 9:00 a.m..

This continuance is necessary to allow the defense additional time to review the discovery with the defendant and interpreter; and to continue to assess the evaluate the need for expert witnesses at trial, as this case concerns Internet fraud and might require special expertise in the area of computers or Internet commerce.

1   IT IS STIPULATED that the period from the signing of this Order up
2  to and including February 28, 2008 be excluded in computing the time
3  within which trial must commence under the Speedy Trial Act, pursuant
4  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
5  counsel.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
ASIF KAHN

Dated: January 25, 2008


MCGREGOR SCOTT
United States Attorney


/s/ Robin Taylor
_____
ROBIN TAYLOR
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE