McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00278-MCE |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| ASIF KHAN, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Asif Khan, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 17 U.S.C. § 506(b) and 509(a), the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately 178 copies of Microsoft Office 2003 Professional software.

2. The above-listed property constitutes property that infringes a copyright for the purpose of commercial advantage and private financial gain in violation of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. §§ 2319(a) and (b)(3).

1  Pursuant to 17 U.S.C. §§ 506(b) and 509(a), the Court shall order
2  that all infringing copies or phonorecords and all implements,
3  devices, or equipment used in the manufacture of such infringing
4  copies or phonorecords shall be forfeited and destroyed.
5       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the
8  Department of Homeland Security, Customs and Border Protection, in
9  its secure custody and control.
10      4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
11 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith
12 shall publish at least once for three successive weeks in the
13 <u>Modesto Bee</u> (Stanislaus County), a newspaper of general circulation
14 located in the county in which the above-listed property was seized,
15 notice of this Order, notice of the Attorney General or Secretary of
16 the Department of Homeland Security's intent to dispose of the
17 property in such manner as the Attorney General or Secretary may
18 direct, and notice that any person, other than the defendant, having
19 or claiming a legal interest in the above-listed property must file
20 a petition with the Court within thirty (30) days of the final
21 publication of the notice or of receipt of actual notice, whichever
22 is earlier.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1       b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

      c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

   5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 17 U.S.C. §§ 506(b) and 509(a) in which all interests will be addressed.

Dated: April 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE