McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00278-EFB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ASIF KHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on April 22, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 17 U.S.C. §§ 506(b) and 509(a) based upon the plea agreement entered into between plaintiff and defendant Asif Khan forfeiting to the United States the following property:

   a.  Approximately 178 copies of Microsoft Office 2003 Professional software.

AND WHEREAS, on May 16, 23, and 30, 2008, the United States published notice of the Court's Preliminary Order of Forfeiture in <u>The Modesto Bee</u> (Stanislaus County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of

1 their right to petition the Court within thirty (30) days of the
2 publication date for a hearing to adjudicate the validity of
3 their alleged legal interest in the forfeited property;
4     AND WHEREAS, the Court has been advised that no third party
5 has filed a claim to the subject property, and the time for any
6 person or entity to file a claim has expired.
7     Accordingly, it is hereby ORDERED and ADJUDGED:
8     1.  A Final Order of Forfeiture shall be entered forfeiting
9 to the United States of America all right, title, and interest in
10 the above-listed property pursuant to 17 U.S.C. §§ 506(b) and
11 509(a), to be disposed of according to law, including all right,
12 title, and interest of Asif Khan.
13     2.  All right, title, and interest in the above-listed
14 property shall vest solely in the United States of America.
15     3.  The United States shall maintain custody of and control
16 over the subject property until it is disposed of according to
17 law.

Dated: July 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE